## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
<u>LOUISVILLE</u>___ **DIVISION**

GENERAL STAR INDEMNITY COMPANY
_____

-vs-                                                   Case No.: <u>3:21-CV-206-GNS</u>

LOUISVILLE AREA GOVERNMENTAL SELF INSURANCE
_____

### MOTION FOR ADMISSION *PRO HAC VICE*

Comes now <u>Benjamin C. Eggert</u>_____, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent <u>General Star Indemnity Company</u> in this case.

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    <u>Wiley Rein LLP</u>

    with offices at

    Mailing address:        <u>1776 K Street NW</u>

    City, State, Zip Code: <u>Washington, DC 20006</u>

    Telephone:              <u>202.719.7000</u>

    E-Mail:                 <u>beggert@wiley.law</u>

2.  Applicant has been admitted to Bar(s) of the following state(s):

| State: | Admission Date: | Bar No.: |
|---|---|---|
| Virginia | March 1, 2001 | 45342 |
| D.C. | September 14, 2001 | 474218 |
| | | |
| | | |
| | | |

3.  Applicant has attached a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident.

4. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia.

Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia. Please explain

_____

5. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed ECF training as follows: Web-page tutorial _____

_____

_____

7. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $125.00.

8. Upon filing of this Motion, Applicant will submit the Electronic Filing Attorney Registration Form required by the Court's Electronic Case Filing Administrative Policies and Procedures via email to cja@kywd.uscourts

Wherefore, Applicant prays that this Court enter an order permitting the admission of Benjamin C. Eggert to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

Respectfully submitted,

BENJAMIN C. EGGERT, ESQ.

WILEY REIN LLP

1776 K ST. NW.

WASHINGTON DC 20006

beggert@wiley.law

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

Respectfully submitted,

/s/ *Kendrick Wells IV*
Griffin Terry Sumner
J. Kendrick Wells IV
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
P: (502) 589-5400
gsumner@fbtlaw.com
kwells@fbtlaw.com
*Counsel for General Star Indemnity Company*

To be admitted:

Benjamin C. Eggert
Karen L. Toto
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
P: (202) 719-7000
beggert@wiley.law
ktoto@wiley.law
*Counsel for General Star Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, and copies were served by electronic mail and by First Class, U.S. Mail, postage prepaid and addressed to:

R. Allen Button (abutton@turnerkeal.com)
TURNER, KEAL & BUTTON, PLLC
10624 Meeting St. #101
Prospect, KY 40059
*Counsel for Louisville Area Governmental Self Insurance Trust, Louisville Jefferson County Metro Government, City of Louisville, Mark Handy, James Clark, Kelly Jones, Robert L. Ennis, Charles Edelen, Jim Woosley, and James W. Griffiths*

Elliot Slosar (elliot@loevy.com)
Arthur Loevy (arthur@loevy.com)
Jon Loevy (jon@loevy.com)
Amy Robinson Staples (amy@loevy.com)
Michael Kanovitz (mike@loevy.com)
Molly Campbell (campbell@loevy.com)
LOEVY & LOEVY
311 N Aberdeen St., 3rd Floor
Chicago IL 60607
*Counsel for Jeffrey Dewayne Clark*

Alexander Brown
(alexander.brown@lathropgpm.com)
LATHROP GPM LLP
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108-2618

Nick Brustin (nick@nsbcivilrights.com)
Katie McCarthy (Katie@nsbcivilrights.com)
Julian Clark (Julian@nsbcivilrights.com)
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, 8th Floor
New York, NY 10013
*Counsel for Garr Keith Hardin*

 /s/ Kendrick Wells IV
*Counsel for General Star Indemnity Company*

0130368.0731772   4822-3650-6088

2