# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

GENERAL STAR INDEMNITY COMPANY

-vs-

Case No.: 3:21-CV-206-GNS

LOUISVILLE AREA GOVERNMENTAL SELF

Insurance Trust, et al.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Alexander T. Brown, is permitted to argue or try this case in whole or in part as counsel for Defendants, Jeffrey D. Clark and Garr K. Hardin.

Greg N. Stivers, Chief Judge
United States District Court

May 6, 2021