**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

GENERAL STAR INDEMNITY
    COMPANY,
        Plaintiff,

V.                                  CASE NO. 3:21-cv-00206
                                  *Electronically Filed*

LOUISVILLE AREA GOVERNMENTAL
SELF INSURANCE TRUST, *ET AL,*

        Defendants.

\* \* \* \* \*

**REQUEST FOR DUPLICATE FEE REFUNDS**

Come the Defendants, Garr Keith Hardin and Jeffrey Clark, by local counsel, Larry D. Simon, and respectfully submit this Request for Duplicate Fee Refunds with respect to three $125.00 fees as evidenced by Internet Payment History Receipt Nos. 0644-3337397, 0644-3337398, and 0644-3337401, the same totaling $375.00. As grounds, Defendants state as follows:

When attempting to file the Motions for Alexander T. Brown and Michael J. Abrams to Appear Pro Hac Vice in this matter on September 19, 2020 (DN 13 and 14, respectively), counsel erroneously submitted duplicate Motions for Alexander T. Brown and Michael J. Abrams to Appear Pro Hac Vice in this action (DN 15, 16, and 17), together with respective duplicate fees (Receipt Nos. 0644-3337397, 0644-3337398, and 0644-3337401) , as evidenced by the Internet Payment History Report appended as Exhibit 1. Based upon the foregoing, Defendants, by and through counsel, respectfully seek a refund of the duplicate filing fees.

Respectfully submitted,

/s/ Larry D. Simon
LARRY D. SIMON
Attorney for Defendants Garr Keith Hardin
and Jeffrey Clark
The Kentucky Home Life Building
239 South Fifth Street
The Seventeenth Floor
Louisville, KY 40202-3248
(502) 589-4566
larrysimonlawoffice@gmail.com

## **CERTIFICATION**

It is certified that on May 30, 2021, the foregoing was electronically filed with the Court utilizing the ECF system, which will send notification of electronic filing to counsel of record.

/s/LARRY D. SIMON
LARRY D. SIMON