# U.S. District Court
## Western District of Kentucky
### Internet Payment History for Simon, Larry D.
### 4/30/2021 to 5/30/2021

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 3:21-cv-00206-GNS | 2021-05-05 17:38:54 | Motion to Appear Pro Hac Vice(3:21-cv-00206-GNS) [motion aprphv] ( 125.00) | PLASTIC_CARD | 0644-3337396 | $ 125.00 |
| 3:21-cv-00206-GNS | 2021-05-05 17:43:14 | Motion to Appear Pro Hac Vice(3:21-cv-00206-GNS) [motion aprphv] ( 125.00) | PLASTIC_CARD | 0644-3337397 | $ 125.00 |
| 3:21-cv-00206-GNS | 2021-05-05 17:46:32 | Motion to Appear Pro Hac Vice(3:21-cv-00206-GNS) [motion aprphv] ( 125.00) | PLASTIC_CARD | 0644-3337398 | $ 125.00 |
| 3:21-cv-00206-GNS | 2021-05-05 17:49:26 | Motion to Appear Pro Hac Vice(3:21-cv-00206-GNS) [motion aprphv] ( 125.00) | PLASTIC_CARD | 0644-3337399 | $ 125.00 |
| 3:21-cv-00206-GNS | 2021-05-05 18:01:49 | Motion to Appear Pro Hac Vice(3:21-cv-00206-GNS) [motion aprphv] ( 125.00) | PLASTIC_CARD | 0644-3337401 | $ 125.00 |